Brian Ruehl pleaded guilty to rape of a child under the age of 13 and to attempted rape. Because Ruehl entered a guilty plea, he waived any alleged errors regarding his motion to suppress. See State v. Elliott (1993), 86 Ohio App.3d 792,621 N.E.2d 1272; Huber Heights v. Duty (1985), 27 Ohio App.3d 244,500 N.E.2d 339; State v. Simpson (Oct. 18, 1995), Hamilton App. No. C-940998, unreported; State v. Whiting (Jan. 11, 1995), Hamilton App. No. 940149, unreported. Therefore, we overrule Ruehl's assignment of error and affirm the judgment of the trial court.
Further, a certified copy of this Judgment Entry shall constitute the mandate, which shall be sent to the trial court under App.R. 27. Costs shall be taxed under App.R. 24.
PAINTER, P.J., SUNDERMANN and WINKLER, JJ.
_________________________ Presiding Judge